UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADELINA PLOUGH                              :          CIVIL ACTION
                                            :
          v.                                :          NO.  26-CV-01175-KNS
                                            :
HOME DEPOT U.S.A., INC.                     :

**ORDER**

AND NOW, this 9th day of July , 2026, upon consideration of Plaintiff's motion to remand, and Home Depot U.S.A., Inc.'s response thereto, it is hereby ORDERED and DECREED that Plaintiff's motion is DENIED.

BY THE COURT;

_____
                                                        J.